IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY PASCHAL                                            PLAINTIFF

v.                          Case No. 4:24-cv-4034

SHERIFF LEROY MARTIN, Columbia
County, Arkansas; JAIL ADMINISTRATOR
GEAN SEIGER, Columbia County Detention
Center ("CCDC"); and CHIEF DEPUTY
JERRY MANESS                                      DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24. Judge Bryant recommends that Defendants' Motion for Summary Judgement on Exhaustion of Administrative Remedies (ECF No. 15) be denied.

No party has responded in opposition to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court hereby adopts the R&R (ECF No. 24) in toto. Accordingly, Defendants' Motion for Summary Judgment on Exhaustion of Administrative Remedies (ECF No. 15) is hereby **DENIED**.

**IT IS SO ORDERED**, this 27th day of January, 2025.

                                                                     /s/ Susan O. Hickey
                                                                     Susan O. Hickey
                                                                     Chief United States District Judge