IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY PASCHAL                                                                                     PLAINTIFF

v.                                            Case No. 4:24-cv-4034

SHERIFF LEROY MARTIN, *et al.*                                                              DEFENDANTS

## ORDER

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 43. Judge Bryant recommends that this case be dismissed without prejudice because of Plaintiff's failure to prosecute this matter and failure to obey orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

    Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 43) in toto. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 30th day of July, 2025.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       Chief United States District Judge